UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:10-00281 |
| ) | JUDGE CAMPBELL |
| JOHN EDWARD HOWARD ) | |

## ORDER

Pending before the Court is the Government's Motion To Continue Revocation Hearing (Docket No. 40). Through the Motion, the Government requests that the revocation hearing, currently set for June 27, 2013, be continued as counsel for the Government has a scheduling conflict on the date scheduled. The Motion indicates that counsel for the Defendant does not object to the Motion.

The Motion is GRANTED. Accordingly, the revocation hearing is CONTINUED until July 31, 2013, at 1:00 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE