UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00281 |
| | ) | JUDGE CAMPBELL |
| JOHN EDWARD HOWARD | ) | |

## ORDER

Pending before the Court is a Joint Motion to Continue Revocation Hearing (Docket No. 49).

The hearing on the Petition (Docket No. 48) alleging violations of Defendant's Conditions of Supervision is RESCHEDULED for February 27, 2014, at 2:00 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE